United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEDIDIAH ISAAC MURPHY, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-23-3033 |
| § § | |
| BRYAN COLLIER, et al., § § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the court's order of even date, this case is **dismissed without prejudice**.

SIGNED on September 7, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge